UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00013-MMD-CWH |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SHERMAN JAY ROCKOW, | |
| Defendant. | |

Before the Court is Defendant Sherman Jay Rockow's Renewed Motion to Dismiss Case (dkt. no. 75). Defendant also asks the Court to take judicial notice of information and facts set out in his motion. The Court again finds that Defendant's Motion lacks merits.

Defendant was indicted on three counts involving violations of federal statutes, codified at Title 21 of the United States Code, sections 846 and 841(a)(1) and (b)(1)(B)(vii) and (b)(1)(C). (Dkt. no. 1.) Defendant pled guilty to Count One of the Indictment, charging him with Conspiracy to Manufacture a Controlled Substance – Marijuana, in violation of Title 21 of the United States Code, Sections 846 and 841(a)(1) and (b)(1)(B)(vii). There is no question that this United States District Court has exclusive jurisdiction over the federal criminal offenses for which Defendant was indicted.

The cases cited in Defendant's Renewed Motion are not applicable here. Defendant also misconstrued the Court's prior order denying his motion to dismiss. The

Court has not construed his last motion, or his current motion, as a motion to vacate under 28 U.S.C. § 2255.

It is therefore ordered that Defendant's Renewed Motion to Dismiss (dkt. no. 75) is denied.

DATED THIS 28th day of February 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE